Order entered November 21, 2012

005032



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00955-CV

## IN THE MATTER OF LATOYA ELLISON

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV12-00279-V-292**

## ORDER

The Court has before it appellant's November 19, 2012 motion to extend time to file his brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by January 4, 2013.

MOLLY FRANCIS
JUSTICE